# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Roofers Local No. 96 Fringe Benefit Funds and the Trustees of the National Roofing Industry Pension Plan,<br><br>          Plaintiffs,<br><br>vs.<br><br>High Tech Roofing & Sheetmetal, Inc., a Minnesota corporation d/b/a High Tech Roofing, Inc.,<br><br>          Defendant. | Civil File No. 04-3063 (PAM/RLE)<br><br><br><br>**ORDER**<br>**FOR JUDGMENT** |

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant and consistent with this Court's Order dated October 14, 2004.

Based upon the Court's Order dated October 14, 2004, the Affidavit of Andrew E. Staab for Entry of Judgment, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

### ORDER

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $6,876.39.

Dated: June   10  , 2005

                                                              s/Paul A. Magnuson
                                                              PAUL A. MAGNUSON
                                                              United States District Judge